# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ANNA CLAIR BATES AND JANE DOE )<br>)<br>)<br>    PLAINTIFFS,                             )<br>)<br>v.                                                     )<br>)<br>SEQUEL YOUTH AND FAMILY SERVICES, )<br>LLC, SEQUEL TSI HOLDINGS, LLC,      )<br>SEQUEL TSI OF ALABAMA, LLC, AND  )<br>SEQUEL TSI OF AULDERN, LLC           )<br>)<br>    DEFENDANTS.                           ) | Case No.: 2:23-cv-01063-SGC<br><br>**JURY TRIAL DEMANDED**<br>**CLASS ACTION** |

**PLAINTIFFS' RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE**

Plaintiffs Anna Clair Bates and Jane Doe respectfully respond to this Honorable Court's Order to Show Cause, ECF 6, to explain why their claims against Defendants Sequel TSI Holdings, LLC and Sequel TSI of Alabama, LLC should not be dismissed for failure to prosecute.

**I.    Attorneys for the Defendants have requested additional time to respond, so Plaintiffs have not moved for default judgment.**

Upon filing their Complaint, Plaintiffs have been working to serve or seek a waiver of service from the Defendants. Plaintiffs successfully served two of the Defendants- Sequel TSI of Alabama, LLC (now known as Brighter Path) (ECF 5) and Sequel TSI Holdings, LLC (ECF 4). Since service, Plaintiffs' counsel has been separately contacted by three different attorneys who represent some or all of the Defendants. On September 5, 2023, Plaintiffs' counsel was contacted by an attorney based in Miami who informed Plaintiffs' counsel that he represents Sequel TSI of Alabama, LLC. Said counsel requested an extension to answer the Complaint on behalf of Sequel TSI of Alabama, LLC, and the undersigned granted the extension to answer and

1

separately requested confirmation as to whether Sequel TSI of Alabama, LLC would oppose the Jane Doe plaintiff's request to proceed under a pseudonym. On September 15, 2023, Plaintiffs' counsel received a call from Birmingham attorney Bains Fleming, who indicated he may be representing the Defendants but wanted additional time to confirm the same. Plaintiffs' counsel again granted Mr. Fleming's extension request and also requested confirmation that the Defendants would not oppose the Jane Doe plaintiff's request to proceed under a pseudonym. On September 22, 2023, Plaintiffs' counsel was contacted by attorneys Trey Wells and Cole Gresham of Starnes Davis Florie LLP. Mr. Wells and Mr. Gresham confirmed they would be the attorneys representing all of the Defendants in this matter and again requested additional time to review the Complaint before responding to it. Plaintiffs' counsel again asked Mr. Wells and Mr. Gresham to confirm with their clients that there would be no opposition to the Jane Doe plaintiff's request to proceed pseudonymously. Due to counsel for Defendants requesting additional time to respond, Plaintiffs' counsel has not moved for default judgment against them.

**II.     Plaintiff Jane Doe has included a petition to proceed under a pseudonym in her Complaint and is prepared to move for leave to proceed pseudonymously.**

Plaintiff Jane Doe petitioned to proceed under a pseudonym in her Complaint. ECF 1 at ¶¶ 18-19. Additionally, Plaintiffs are prepared to file a motion for leave to proceed under a pseudonym pursuant to Federal Rules of Civil Procedure 5.2, 10, and 26. *See Freedom from Religion Found., Inc. v. Emanuel Cnty. Sch. Sys.*, 109 F. Supp. 3d 1353, 1356 (S.D. Ga. 2015) (quoting *Doe v. Stegall*, 653 F.2d 180, 185 (5th Cir. 1981)) and *Doe v. Frank*, 951 F.2d 320, 323 (11th Cir. 1992). Prior to filing this motion, Plaintiffs are attempting to determine whether the Defendants will oppose such a motion and then plan to file the motion (ideally unopposed). However, Plaintiff Jane Doe can file her motion now if that is the Court's preference.

**CONCLUSION**

Plaintiffs respectfully request that this Court not dismiss their claims.

Respectfully submitted this the 27th day of September 2023,

/s/ *Kelsie Overton*
Kelsie Overton (ASB-1791-F80L)
Gregory Zarzaur (ASB-0759-E45Z)
Denise Wiginton (ASB-1791-F80L)
THE ZARZAUR LAW FIRM
2332 Second Avenue North
Birmingham, Alabama 35203
T: (205) 983-7985
E: kelsie@zarzaur.com
   gregory@zarzaur.com
   denise@zarzaur.com

Tommy James (ASB-3609-E66T)
Tommy James Law
4220 Cahaba Heights Court, Suite 210
Birmingham, AL 35243
T: 205-259-1725
E: tommy@tommyjameslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record in this matter via the Court's CM/ECF system on this the 27th day September 2023. I hereby further certify that a copy of the foregoing will be served on the Defendants at the time service is perfected.

/s/ *Kelsie Overton*
OF COUNSEL